LAW OFFICES OF WILLIAM R. McGEE
William R. McGee, State Bar No. 122153
Deanna M. Wallace, State Bar No. 242825
Kevin A. Alexander II, State Bar No. 294308
701 Palomar Airport Road, Suite 250
Carlsbad, CA 92011
Telephone: (760) 438-1047
Facsimile: (760) 438-1056

Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
APR 18 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

ALAINA LASKIN,

    Plaintiff,

v.

BMW OF NORTH AMERICA, LLC, and DOES 1 through 10, inclusive,

    Defendants.

Case No.: 2:18-CV-08898-SVW (AGR)

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

## ORDER

The joint stipulation for dismissal with prejudice is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: 4/18/19

HON. STEPHEN V. WILSON
United States District Judge